UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

JOSEPH MARCIANO and BACK TO HEALTH INCORPORATED,

                           Plaintiffs,

v.

JACK CROWLEY and ATLANTIC MEDICAL SPECIALTIES, INC.

                           Defendants.

No. 08-CV-00305-JTC

---

## NOTICE OF MOTION OF DEFENDANTS, JACK CROWLEY AND ATLANTIC MEDICAL SPECIALTIES, INC., TO DISMISS CLAIMS

Defendants, Jack Crowley and Atlantic Medical Specialties, Inc. ("Defendants"), by and through their attorneys, Phillips Lytle LLP, William P. Keefer, of counsel, will move this Court before Honorable John T. Curtin at the United States Courthouse, 68 Court Street, Buffalo, New York, at a date and time to be scheduled by the Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the claims of Plaintiffs, Joseph Marciano and Back to Health Incorporated for failure to state claims upon which relief can be granted.

In support of their Motion, Defendants rely upon the attached memorandum of law.

                                                Respectfully submitted,

                                                PHILLIPS LYTLE LLP

                                                By:   /s/    William P. Keefer
                                                       William P. Keefer, Esquire
                                                       3400 HSBC Center
                                                       Buffalo, NY 14203
                                                       (716) 847-8400
                                                       Attorney for Defendants,
                                                       Jack Crowley and Atlantic Medical
                                                       Specialties, Inc.

Date:  April 22, 2008

Doc # 01-2212123.1